UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GABRIEL JENNINGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al,<br><br>　　　　Defendants. | Case No. 5:24-cv-00629-KK (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

　　On March 25, 2024, Plaintiff, represented by counsel, filed a Complaint herein. (Docket No. 1). On May 23, 2024, defendants County of Riverside, Sheriff Chad Bianco, Correctional Deputy John E. Padilla, Correctional Deputy Jeremy Kim, and Correctional Deputy Zabel Pena filed an Answer herein. (Docket No. 12). On November 5, 2024, Plaintiff filed a Request for Approval of Substitution or Withdrawal of Counsel (Docket No. 23), which was granted on November 6, 2024. (Docket No. 24). As Plaintiff was now representing himself pro se, the Court vacated the reference to the discovery Judge and referred this action to the Magistrate Judge pursuant to General Order 05-07 for a Report and Recommendation. (Docket No. 25). On November 7, 2024, the Court issued an Order Regarding Further

Proceedings. (Docket No. 26). On November 18, 2024, the Court received its order vacating the reference to the discovery Judge returned from the institution marked as "Return to Sender Not in Custody." (Docket No. 27).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiff's response is due no later than **December 20, 2024.**

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: November 27, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge